**Opinion issued October 10, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00732-CR

## NO. 01-24-00733-CR

————————————

## IN RE RONALD THOMAS DRAKOS II, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Ronald Thomas Drakos II has filed a petition for writ of mandamus, seeking an order compelling the trial court to rule on outstanding motions.[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

---

[1] The underlying case is *The State of Texas v. Ronald Thomas Drakos II*, cause numbers 1846214 & 1849995, pending in the 263rd District Court of Harris County, Texas, the Honorable Melissa M. Morris presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).